M. D. SCULLY (SBN: 135853)
mscully@grsm.com
HAZEL MAE B. PANGAN (SBN: 272657)
hpangan@grsm.com
LARA S. GARNER (SBN: 234701)
lgarner@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
URBAN OUTFITTERS, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN FAB CORP., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>URBAN OUTFITTERS WHOLESALE, INC., d/b/a ANTHROPOLOGIE, a Pennsylvania Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-05849 R (KSx)<br><br>*ASSIGNED TO JUDGE MANUEL L. REAL, COURTROOM 880*<br><br>**ORDER GRANTING STIPULATION TO DISMISS**<br><br>Complaint Filed: 07/03/2018 |
| ANTHROPOLOGIE, INC., a Pennsylvania corporation, erroneously sued as URBAN OUTFITTERS WHOLESALE, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>URBAN FAB CORP., a California Corporation,<br><br>Counterclaim Defendant. | |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

The Stipulation to Dismiss of Plaintiff Urban Fab Corporation ("Urban Fab") and Defendant Anthropologie, Inc. ("Anthropologie"), erroneously sued as Urban Outfitters Wholesale, Inc., shall be, and hereby is, **GRANTED**.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2), **IT IS HEREBY ORDERED THAT:**

1. All of Urban Fab's claims against Anthropologie in this action are dismissed WITH PREJUDICE;

2. All of Anthropologie's counterclaims against Urban Fab in this action are dismissed WITHOUT PREJUDICE.

Urban Fab and Anthropologie will each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: April 11, 2019

_____
UNITED STATES DISTRICT JUDGE
HON. MANUEL L. REAL